USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

GRUBHUB INC.,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------------

21 Civ. 10602 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court intends to consolidate this action with *Doordash, Inc. v. City of New York*, 21 Civ. 7695, and *Portier, LLC v. City of New York*, 21 Civ. 10347. By **December 21, 2021**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **January 4, 2022**.

      SO ORDERED.

Dated: December 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge