September 6, 2022

VIA ECF

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
     *Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
     *Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Judge Cave:

Pursuant to the Court's September 1, 2022 Order, Co-Plaintiffs DoorDash, Inc. ("DoorDash"), Portier, LLC ("Portier"), and Grubhub Inc. ("Grubhub"), and Defendant City of New York ("the City") respectfully submit this Joint Letter to propose a schedule for the completion of remaining discovery in advance of the September 7, 2022 Telephonic Discovery Conference.

As discussed in the parties' August 31, 2022 Joint Letter, while the parties have made and continue to make progress on discovery, the parties all agree that good cause exists to extend the case-management deadlines to allow sufficient time for production of documents and written discovery and for depositions, while also ensuring just and efficient determination of the issues in these consolidated cases.  In crafting this joint proposal, the parties also have attempted to account for certain holidays and expected periods of witness unavailability, in order to develop a schedule that is feasible and realistic.  Accordingly, the parties respectfully submit for the Court's consideration the following revised case management schedule:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Deadline to M&C re need for expert discovery | Wednesday, September 7, 2022 | Friday, November 4, 2022 |
| Deadline to serve RFAs | Friday, September 9, 2022 | Friday, December 23, 2022 |
| End of fact depositions | Friday, September 23, 2022 | Tuesday, January 31, 2023 |
| End of fact discovery | Friday, October 7, 2022 | Friday, February 10, 2023 |
| End of expert discovery | Monday, November 21, 2022 | Friday, March 31, 2023 |

The Honorable Sarah L. Cave
September 6, 2022
Page 2

The parties have made one previous request for an extension of these deadlines on April 22, 2022,  Dkt. 65, which the Court granted on April 26, 2022.  Dkt. 66.

Respectfully submitted,

| | |
|---|---|
| /s/ Anne Champion | /s/ Karen B. Selvin |
| Anne Champion | Karen B. Selvin |
| *Counsel for Plaintiff DoorDash, Inc.* | *Counsel for Defendant City of New York* |
| /s/ John Quinn | /s/ Joel L. Kurtzberg |
| John Quinn | Joel L. Kurtzberg |
| *Counsel for Plaintiff Portier, LLC.* | *Counsel for Plaintiff Grubhub Inc.* |

105706110.4