
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOORDASH, INC.,<br><br>                    Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | 21 Civ. 7695 (AT)(SLC) |
| PORTIER, LLC,<br><br>                    Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | 21 Civ. 10347 (AT)(SLC) |
| GRUBHUB INC.,<br><br>                    Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | 21 Civ. 10602 (AT)(SLC) |

**DECLARATION OF JOEL KURTZBERG IN SUPPORT OF PLAINTIFFS'**
**JOINT MOTION FOR SUMMARY JUDGMENT**

I, Joel Kurtzberg, declare as follows:

1.      My name is Joel Kurtzberg. I am a licensed member of the Bar of the State of New York and a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for Grubhub Inc. ("Grubhub") in the above-captioned action. I am also admitted to practice in the Southern District

of New York.

2. I submit this Declaration in support of Plaintiffs' Joint Motion for Summary Judgment to put copies of certain documents before the Court that are cited in that motion.

3. Appended to this declaration are true and correct copies of Grubhub exhibits cited within Plaintiffs' Joint Motion for Summary Judgment and Plaintiffs' Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Partial Summary Judgment. Those documents are listed in Appendix A to this declaration.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:	New York, New York
	November 21, 2023

							CAHILL GORDON & REINDEL LLP


						By: /s/ Joel Kurtzberg
							Joel Kurtzberg

							32 Old Slip
							New York, NY 10005
							Telephone: (212) 701-3120
							JKurtzberg@cahill.com

							*Attorneys for Plaintiff Grubhub Inc.*

**Appendix A**

| Exhibit Number | Description | Sealed/Public |
|---|---|---|
| GH-1 | GH_0000244 – Excerpt of Grubhub Delivery Partners Agreement. | Public |
| GH-2 | GH_0000292 – Excerpt of Grubhub Direct Terms. | Public |
| GH-3 | GH_0000314 – Excerpt of Grubhub Form Enterprise Agreement. | Public |
| GH-4 | GH_0000325 – Excerpt of Grubhub Form Franchisor Agreement. | Public |
| GH-5 | GH_0000351 – Excerpt of Grubhub Restaurant Terms. | Public |
| GH-6 | GH_0000373 – Excerpt of Grubhub Privacy Policy. | Public |
| GH-7 | GH_0000383 – Grubhub's Terms of Use. | Public |
| GH-8 | GH_0000700 – Amendment to Grubhub Agreement with enterprise merchant.[1] | Sealed |
| GH-9 | GH_0000712 – Grubhub Delivery Agreement with enterprise merchant. | Sealed |
| GH-10 | GH_0000780 – Grubhub Agreement with franchisor merchant. | Sealed |
| GH-11 | GH_0000863 – Grubhub Agreement with enterprise merchant. | Sealed |
| GH-12 | GH_0000922 – Perk Kafe (2nd Ave.) Agreement. | Sealed |
| GH-13 | GH_0000927 - Perk Kafe (14th St) Agreement. | Sealed |
| GH-14 | GH_0000932 - Perk Kafe (E 37th St) Agreement. | Sealed |
| GH-15 | GH_0000945 - Kennedy Fried Chicken & Pizza Agreement. | Sealed |
| GH-16 | GH_0000947 - Kennedy Fried Chicken Agreement. | Sealed |
| GH-17 | GH_0000989 – Grubhub Agreement with enterprise merchant. | Sealed |
| GH-18 | GH_0000999 – Bonchon Franchise, LLC Agreement. | Sealed |
| GH-19 | GH_0001021 - Virtual Dining Concepts, LLC Agreement). | Sealed |
| GH-20 | GH_0001037 - Gregory's Coffee Agreement | Sealed |
| GH-21 | GH_0001058 – Grubhub Agreement with enterprise merchant. | Sealed |
| GH-22 | GH_0001118 - Chicago's Pizza Franchising Inc. Agreement. | Sealed |
| GH-23 | GH_0001141 – Deli Management Inc. Agreement | Sealed |
| GH-24 | GH_0001160 – Hook & Reel Agreement. | Sealed |
| GH-25 | GH_0001204 – Crab Du Jour Xpress Agreement. | Sealed |
| GH-26 | GH_0001235 - Soft Pretzel Franchise Systems, Inc. Agreement. | Sealed |
| GH-27 | GH_0001252 – Grubhub Agreement with Franchisor merchant. | Sealed |
| GH-28 | GH_0001272 – Pure Green Franchise Corp. Agreement. | Sealed |
| GH-29 | GH_0001291 – Blaze Pizza Agreement. | Sealed |
| GH-30 | GH_0001301 – Grubhub Agreement with enterprise merchant. | Sealed |
| GH-31 | GH_0001358 – Grubhub Agreement with restaurant merchant. | Sealed |

---

[1] For 22 Agreements with Grubhub's merchant clients, the merchant name was redacted within the 56.1 Statement of Fact to avoid revealing confidential information concerning the parties' agreement.  So as to not reveal confidential information, we have described these agreements generically.  If the Court requests, Grubhub will submit the names of these agreement in-camera.

| | | |
|---|---|---|
| GH-32 | GH_0001361 – Grubhub Agreement with restaurant merchant. | Sealed |
| GH-33 | GH_0001363 - Grubhub Agreement with restaurant merchant. | Sealed |
| GH-34 | GH_0001367 - Grubhub Agreement with restaurant merchant. | Sealed |
| GH-35 | GH_0001371 – Grubhub Agreement with restaurant merchant. | Sealed |
| GH-36 | GH_0001373 - Alphabet 99 Cents Fresh Pizza Agreement | Sealed |
| GH-37 | GH_0001375 - Angel Indian Restaurant Agreement | Sealed |
| GH-38 | GH_0001380 – Asia Restaurant Agreement | Sealed |
| GH-39 | GH_0001384 - Bagel Deli/Village Green Cafe Agreement | Sealed |
| GH-40 | GH_0001387 – Barino's Market Agreement. | Sealed |
| GH-41 | GH_0001390 - Bia Nassau (Union Tpke) Agreement) | Sealed |
| GH-42 | GH_0001392 – Big Well Bakery & Halal Restaurant Agreement. | Sealed |
| GH-43 | GH_0001394 – BLT Prime Agreement | Sealed |
| GH-44 | GH_0001396 – Blue Marble Ice Cream Agreement | Sealed |
| GH-45 | GH_0001399 - Café Bliss & Organic Juice Bar Agreement | Sealed |
| GH-46 | GH_0001401 – Caribbean Paradise Restaurant Agreement. | Sealed |
| GH-47 | GH_0001406 – Cerasella Agreement) | Sealed |
| GH-48 | GH_0001410 – Chuko Agreement | Sealed |
| GH-49 | GH_0001414 - Denino's Pizzeria Tavern Agreement | Sealed |
| GH-50 | GH_0001416 – Dos Bros Agreement | Sealed |
| GH-51 | GH_0001423 - Erin McKenna's Bakery Agreement | Sealed |
| GH-52 | GH_0001425 - Flanagan's Tavern Agreement | Sealed |
| GH-53 | GH_0001427 - Fresh Pick Agreement | Sealed |
| GH-54 | GH_0001430 - Gloria Jean's Coffees Agreement. | Sealed |
| GH-55 | GH_0001435 - Godfather Cheesesteaks Agreement | Sealed |
| GH-56 | GH_0001439 - Green & Ackerman Bakery Agreement | Sealed |
| GH-57 | GH_0001445 - International Pasta House Agreement. | Sealed |
| GH-58 | GH_0001527 - Saigon Boil Agreement. | Sealed |
| GH-59 | GH_0001535 - Stanton Deli & Grocery Agreement. | Sealed |
| GH-60 | GH_0001544 - Sushi Basho Agreement | Sealed |
| GH-61 | GH_0001589 – Document detailing data presented to Grubhub Merchants. | Sealed |
| GH-62 | GH_0002663 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-63 | GH_0002851 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-64 | GH_0002957 - Third Party Processor Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-65 | GH_0003048 - BigID, Inc. Agreement | Sealed |
| GH-66 | GH_0003544 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-67 | GH_0003934 - Third Party Processor Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-68 | GH_0004379 – Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-69 | GH_0004499 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-70 | GH_0004659 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |

| | | |
|---|---|---|
| GH-71 | GH_0004806 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-72 | GH_0004836 – Security Assessment of Third-Party Vendor. | Sealed |
| GH-73 | GH_0004904 – March 5, 2020 to March 11, 2020 internal Grubhub email chain. | Sealed |
| GH-74 | GH_0004932 – February 24, 2020 to February 27, 2020 email between Grubhub and Third-Party Vendor. | Sealed |
| GH-75 | GH_0005016- Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-76 | GH_0005241- Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-77 | GH_0005258 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-78 | GH_0005360 – Amendment to Data Processing Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-79 | GH_0005363 - Data Processing Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-80 | GH_0005427 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-81 | GH_0005455 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-82 | GH_0005492 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-83 | GH_0005509 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-84 | GH_0005561 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-85 | GH_0005592 - Data Protection Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-86 | GH_0005700 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-87 | GH_0005761 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-88 | GH_0005848 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-89 | GH_0005910 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-90 | GH_0005981 –November 2, 2021 to November 9, 2021 internal Grubhub email chain. | Sealed |
| GH-91 | GH_0006006 – April 30, 2020 to July 14, 2020 internal Grubhub email chain. | Sealed |
| GH-92 | GH_0006046 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-93 | GH_0006057 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-94 | GH_0006064 – April 30, 2020 to May 11, 2020 internal Grubhub email chain. | Sealed |
| GH-95 | GH_0006121 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-96 | GH_0007492 – July 26, 2021 email between Brett Swanson and a District11@council.nyc.gov. employee. | Public |
| GH-97 | GH_0007611 – Excerpt of July 21, 2021 email from Ashley De Smeth to James Archer. | Sealed |

| | | |
|---|---|---|
| GH-98 | GH_0008583 – September 29, 2020 Email chain between Grubhub employees and Restaurant Partner. | Sealed |
| GH-99 | GH_0008610 – Amendment to Grubhub Agreement with enterprise merchant. | Sealed |
| GH-100 | GH_0008680 – March 9, 2020 email chain between Grubhub employees and other stakeholders. | Sealed |
| GH-101 | GH_0008682 – Summary of Research Supporting the Role of Third-Party Delivery Services in Driving Restaurant Sales. | Sealed |
| GH-102 | GH_0009122 – July 29, 2021 Internal Grubhub email chain. | Sealed |
| GH-103 | GH_0009526 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-104 | GH_0009562 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-105 | GH_0009574 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-106 | GH_0010092 – Excerpt of Grubhub's December 10, 2021 Complaint, Exhibit 5, Grubhub Form SMB Agreement. | Public |
| GH-107 | GH_0011315 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-108 | GH_0011381 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-109 | GH_0011393 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-110 | GH_0011417 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-111 | GH_0011440 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-112 | GH_0011501 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-113 | GH_0011512 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-114 | GH_0011651 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-115 | GH_0011688 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-116 | GH_0011699 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-117 | GH_0011730 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-118 | GH_0011746 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-119 | GH_0011802 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-120 | GH_0011823 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-121 | GH_0011874 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-122 | GH_0012029 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-123 | GH_0012060 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-124 | GH_0012076- Security Assessment of Third-Party Vendor. | Sealed |
| GH-125 | GH_0012086 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-126 | GH_0012135 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-127 | GH_0012278 – Excerpt of August 5, 2019 to March 23, 2021 Email between Grubhub Counsel and a Third-Party Vendor. | Sealed |
| GH-128 | GH_0012696 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-129 | GH_0012724 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-130 | GH_0012753 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-131 | GH_0012770 - - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |

| | | |
|---|---|---|
| GH-132 | GH_0012795 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-133 | GH_0012813 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-134 | GH_0013066 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-135 | GH_0013121 - Amendment to Data Processing Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-136 | GH_0013317 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-137 | GH_0013337 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-138 | GH_0013366 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-139 | GH_0013410 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-140 | GH_0013446 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-141 | GH_0013528 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-142 | GH_0013678 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-143 | GH_0013716 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-144 | GH_0013737 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-145 | GH_0013754 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-146 | GH_0013768 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-147 | GH_0013781 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-148 | GH_0013868 – Third Party Processor Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-149 | GH_0013971 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-150 | GH_0013984 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-151 | GH_0013999 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-152 | GH_0014055 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-153 | GH_0014114 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-154 | GH_0014125 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-155 | GH_0014139 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-156 | GH_0014151 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-157 | GH_0014173 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-158 | GH_0014191 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-159 | GH_0014298 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-160 | GH_0014310 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-161 | GH_0014368 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-162 | GH_0014392 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-163 | GH_0014416 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-164 | GH_0014436 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-165 | GH_0014459 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-166 | GH_0014478 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-167 | GH_0014533 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-168 | GH_0014626 – February 24, 2020 to February 27, 2020 email chain between Grubhub Counsel and a Third-Party Vendor. | Sealed |
| GH-169 | GH_0014705 - Security Assessment of Third-Party Vendor. | Sealed |

| | | |
|---|---|---|
| GH-170 | GH_0014717 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-171 | GH_0014729 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-172 | GH_0014766 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-173 | GH_0014911 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-174 | GH_0015162 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-175 | GH_0015180 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-176 | GH_0015205 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-177 | GH_0015407 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-178 | GH_0015437 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-179 | GH_0016098 – Sitel Agreement. | Sealed |
| GH-180 | GH_0016152 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-181 | GH_0016214 – Square Agreement. | Sealed |
| GH-182 | GH_0016282 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-183 | GH_0016288 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-184 | GH_0016302 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-185 | GH_0016309 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-186 | GH_0016317 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-187 | GH_0016328 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-188 | GH_0016340 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-189 | GH_0016345 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-190 | GH_0016355 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-191 | GH_0016362 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-192 | GH_0016368 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-193 | GH_0016379 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-194 | GH_0016389 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-195 | GH_0016398 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-196 | GH_0016408 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-197 | GH_0016419 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-198 | GH_0016424 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-199 | GH_0016457 – February 2018, Yum Agreement. | Sealed |
| GH-200 | GH_0016608 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-201 | GH_0016620 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-202 | GH_0016626- Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-203 | GH_0016646 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-204 | GH_0016667 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-205 | GH_0016687 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-206 | GH_0016888 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-207 | GH_0016901 - Security Assessment of Third-Party Vendor. | Sealed |

| | | |
|---|---|---|
| GH-208 | GH_0017085 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-209 | GH_0017108 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-210 | GH_0017170 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-211 | GH_0017185 – Excerpt of November 20, 2020 to December 9, 2020 email chain between Grubhub and a Third-Party vendor. | Sealed |
| GH-212 | GH_0017192 – Attachment to November 20, 2020 to December 9, 2020 email chain between Grubhub and Third-Party vendor. | Sealed |
| GH-213 | GH_0017433 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-214 | GH_0017476 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-215 | GH_0017575 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-216 | GH_0017739 – Grubhub Agreement with enterprise merchant | Sealed |
| GH-217 | GH_0017822 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-218 | GH_0017837 – Grubhub Agreement with franchisor merchant. | Sealed |
| GH-219 | GH_0017865 – Papa John's Agreement. | Sealed |
| GH-220 | GH_0017911 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-221 | GH_0018030 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-222 | GH_0018170 – Potbelly Agreement. | Sealed |
| GH-223 | GH_0018240 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-224 | GH_0018256 - UNO Restaurants Agreement | Sealed |
| GH-225 | GH_0018386 – Ruth's Hospitality Group, Inc. Agreement. | Sealed |
| GH-226 | GH_0018398 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-227 | GH_0018465 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-228 | GH_0018708 – Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-229 | GH_0018745 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-230 | GH_0018763 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-231 | GH_0018881 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-232 | GH_0018927 – Excerpt of April 12, 2021 to May 3, 2021 email chain between Grubhub and third-party enterprise. | Sealed |
| GH-233 | GH_0018954 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-234 | GH_0018962 – Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-235 | GH_0018973 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-236 | GH_0018983 – Grubhub Agreement with enterprise merchant | Sealed |
| GH-237 | GH_0018997 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |

| | | |
|---|---|---|
| GH-238 | GH_0019010 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-239 | GH_0019024 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-240 | GH_0019031 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-241 | GH_0019044 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-242 | GH_0019052 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-243 | GH_0019073 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-244 | GH_0019094 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-245 | GH_0019794 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-246 | GH_0019820 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-247 | GH_0019832 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-248 | GH_0020207 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-249 | GH_0020224 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-250 | GH_0020241 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-251 | GH_0020316 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-252 | GH_0020386 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-253 | GH_0020393 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-254 | GH_0020474 – Submission to United States Government Committee. | Sealed |
| GH-255 | GH_0020480 – Excerpt of Submission to United States Government Committee. | Sealed |
| GH-256 | GH_0021056 – Submission to United States Government Committee. | Sealed |
| GH-257 | GH_0021091 – Benihana Agreement. | Sealed |
| GH-258 | GH_0021276 – Excerpt of Submission to United States Government Committee | Sealed |
| GH-259 | GH_0021569 - Security Assessment of Third-Party Vendor. | Sealed |
| GH-260 | GH_0021588 - Data Processing Addendum between Grubhub and a Restaurant Client. | Sealed |
| GH-261 | GH_0021601 – Grubhub Master Services Agreement with restaurant merchant. | Sealed |
| GH-262 | GH_0021702 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-263 | GH_0022839 – December 1, 2021 internal Grubhub Slack chat. | Sealed |
| GH-264 | GH_0022841 – December 1, 2021 internal Grubhub Slack chat. | Sealed |
| GH-265 | GH_0022871 – Excerpt of July 22, 2021 internal Grubhub Slack chat. | Sealed |
| GH-266 | GH_0022903 – Excerpt of Grubhub Employee Handbook | Sealed |
| GH-267 | GH_0023155 – May 27, 2021 internal Grubhub Slack chat. | Sealed |
| GH-268 | GH_0023174 – January 13, 2021 internal Grubhub Slack chat. | Sealed |
| GH-269 | GH_0023435 – August 19, 2021 internal Grubhub Slack chat. | Sealed |

| | | |
|---|---|---|
| GH-270 | GH_0023437 – Shake Shack Agreement. | Sealed |
| GH-271 | GH_0023491 – Excerpt of Grubhub Sales Manual. | Sealed |
| GH-272 | GH_0023825 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-273 | GH_0023980 – July, 2, 2021 internal Grubhub Slack chat. | Sealed |
| GH-274 | GH_0024363 – Excerpt of May 6, 2021 internal Grubhub Slack chat. | Sealed |
| GH-275 | GH_0024377 – Excerpt of May 26, 2021 internal Grubhub Slack Chat. | Sealed |
| GH-276 | GH_0024776 – Excerpt of September 1, 2021 internal Grubhub Slack chat. | Sealed |
| GH-277 | GH_0024937 – June 8, 2021 Internal Grubhub Slack Chat. | Sealed |
| GH-278 | GH_0025050 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-279 | GH_0025057 - Mutual Confidentiality and Non-Disclosure Agreement between Grubhub and a Third-Party Vendor. | Sealed |
| GH-280 | GH_0025132 - Data Processing Addendum between Grubhub and a Third-Party Vendor. | Sealed |
| GH-281 | GH_0025205 - Amendment No. 3 to Hard Rock Agreement) | Sealed |
| GH-282 | GH_0025216 – Grubhub Agreement with enterprise merchant. | Sealed |
| GH-283 | GH_0025231 - Amendment to Grubhub Pret A Manger Agreement. | Sealed |
| GH-284 | GH_0025233 – Amendment to Sweetgreen Agreement. | Sealed |
| GH-285 | GH_0025235 - Amendment to Hard Rock Agreement. | Sealed |
| GH-286 | GH_0025242 – Amendment to Grubhub Agreement with restaurant merchant. | Sealed |
| GH-287 | GH_0025265 – Grubhub Agreement with franchisor merchant. | Sealed |
| GH-288 | GH_0025306 – Grubhub Confidentiality and Non-Competition Agreement | Sealed |
| GH-289 | Exhibit 1 to A. Healy Declaration to 56.1 Statement, a true and correct copy of the Grubhub website Supporting Restaurants and Communities Through COVID-19 and Beyond page, available at https://about.grubhub.com/news/supporting-restaurants-and-communities-through-covid-19-and- | Public |
| GH-290 | Exhibit 2 to A. Healy Declaration to 56.1 Statement, a true and correct copy of a true and correct copy of the Grubhub website Grubhub Community Fund Announces over $5.5 Million in Grants for New York City Nonprofits page, available at https://about.grubhub.com/news/grubhub-community-fund-announces-over-5-5-million-in-grants-for-new-york-city-nonprofits/ (last visited June 2, 2023). | Public |
| GH-291 | Exhibit 3 to A. Healy Declaration to 56.1 Statement, a true and correct copy of the Restaurant Strong Fund website Restaurant Strong Fund and Grubhub Award $10,000 Grants to Restaurants Across the Country page, available at https://www.restaurantstrong.org/restaurant-strong-winterization-grant-recipients-selected/ (last visited June 2, 2023). | Public |
| GH-292 | Exhibit 4 to A. Healy Declaration to 56.1 Statement, a true and correct copy of the Restaurant Strong Fund website Restaurant | Public |

|  |  |  |
|---|---|---|
|  | Strong Grant page, available at https://www.restaurantstrong.org/rsf_grant/ (last visited June 2, 2023). |  |
| GH-293 | Exhibit 1 to J. Kurtzberg Declaration to 56.1 Statement, a true and correct copy of the N.Y. Civ. Rights Law § 50-51. | Public |
| GH-294 | Exhibit 2 to the J. Kurtzberg Declaration to Rule 56.1 Statement, a true and correct copy of the Grubhub website About Us page, available at https://about.grubhub.com/ (last visited June 2, 2023). | Public |
| GH-295 | Exhibit 3 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of the Grubhub website Grubhub Products page, available at https://get.grubhub.com/products/grubhub-direct/ (last visited June 2,2023) | Public |
| GH-296 | Exhibit 4 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of the Grubhub website Introducing Grubhub Direct page, available at https://get.grubhub.com/blog/introducing-grubhub-direct/ (last visited June 2,2023) | Public |
| GH-297 | Exhibit 5 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of Grubhub website Join Grubhub Marketplace on your Terms page, available at https://get.grubhub.com/products/marketplace/ (last visited June 2, 2023) | Public |
| GH-298 | Exhibit 6 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of the Grubhub website Introducing Grubhub Direct page, available at https://get.grubhub.com/blog/introducing-grubhub-direct/ last visited June 2, 2023). | Public |
| GH-299 | Exhibit 7 to the J. Kurtzberg Declaration to Rule 56.1 Statement, a true and correct copy of Grubhub's current Privacy Policy (Jan. 1, 2023), available at https://www.grubhub.com/legal/privacy-policy (Depo. Ex. 42). | Public |
| GH-300 | Exhibit 8 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of the article Ordering In: The Rapid Evolution of Food Delivery, Kabir Ahuja, Vishwa Chandra, Victoria Lord, and Curtis Peens, McKinsey & Co. (Sept. 22, 2021), available at https://www.mckinsey.com/industries/technology-media-and-telecommunications/our-insights/ordering-in-the-rapid-evolution-of-food-delivery. | Public |
| GH-301 | Exhibit 9 to the J. Kurtzberg Declaration to Rule 56.1 Statement - Yahoo Finance true and correct copy of the article Why Grubhub Inc Stock Soared Today, Jeremy Bowman, Yahoo! Finance (Feb., 8, 2018), available at https://sg.finance.yahoo.com/news/why-grubhub-inc-stock-soared-185600560.html. | Public |
| GH-302 | Exhibit 10 the J. Kurtzberg Declaration to Rule 56.1 Statement a true and correct copy of the survey Cowen: Dining In | Public |

|  |  |  |
|---|---|---|
|  | is the New Dining Out, Nicholas Upton, Food on Demand (July 18, 2017), available athttps://foodondemand.com/07182017/cowen-survey-dining-in-is-the-new-dining-out/. |  |
| GH-303 | Exhibit 11 to the J. Kurtzberg Declaration to Rule 56.1 Statement - a true and correct copy of Grubhub's December 17, 2021Amended Complaint in this action captioned Grubhub Inc. v. City of New York, No. 21 Civ. 10602 (S.D.N.Y.) (ECF No. 14) | Public |
| GH-304 | Exhibit 12 to the J. Kurtzberg Declaration to Rule 56.1 Statement, a true and correct copy of Grubhub's September 8, 2022 Supplemental Responses and Objections to the Defendant's First Set of Interrogatories | Sealed |
| GH-305 | Exhibit 13 to the J. Kurtzberg Declaration to Rule 56.1 Statement a true and correct copy of Grubhub's May 16, 2023Supplemental and Amended Responses and Objections to the Defendant's Second Set of Interrogatories. | Sealed |
| GH-306 | A. Healy Declaration to Rule 56.1 Statement, June 2, 2023. | Sealed |
| GH-307 | J. Kurtzberg Declaration to 56.1 Statement, June 2, 2023 | Public |
| GH-308 | C. Malmgren Declaration to 56.1 Statement, June 2, 2023 | Sealed |
| GH-309 | A. Healy 30(b)(6) Deposition Transcript | Sealed |
| GH-310 | A. Healy 30(b)(1) Deposition Transcript | Sealed |
| GH-311 | A. Wilson Deposition Transcript | Sealed |
| GH-312 | B. Swanson Deposition Transcript. | Sealed |
| GH-313 | C. Malmgren Deposition Transcript | Sealed. |
| GH-314 | Deposition Exhibit 44. | Sealed. |
| GH-315 | GH_0018893 – Grubhub Agreement with Franchisor merchant. | Sealed |