```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DOORDASH, INC.,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

PORTIER, LLC,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

GRUBHUB INC.,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/12/2025_

21 Civ. 7695 (AT)

21 Civ. 10347 (AT)

21 Civ. 10602 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 13, 2024, the Court granted Plaintiffs' motion for an extension of time to move for attorneys' fees and costs. Order, ECF No. 241 in 21 Civ. 10602; Mot., ECF No. 240 in 21 Civ. 10602. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 240 in 21 Civ. 10602.

    SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge